# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Terrence Leroy Wright** ) | JUDGMENT IN CASE | |
| ) | | |
| Petitioner ) | 1:23-cv-00304-MR | |
| ) | | |
| vs. ) | | |
| ) | | |
| **Mike Slagle** ) | | |
| Respondent ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 22, 2024 Order.

January 22, 2024

Katherine Hord Simon, Clerk
United States District Court